IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| BRANDY SUCKLEY, REANNAN SUCKLEY, BLAKE ISH, JYL ALBERTSON, MATHEW BAUMSTARK, DANIKA OWAN, DOC RITCHIE, LYNETTE COLE-PEREA, MANUEL PEREA, EMILY HOLLY, BRYAN FLEMING,<br><br>     Plaintiffs,<br><br>v.<br><br>THE CITY OF WILLISTON, NORTH DAKOTA,<br><br>     Defendant. | Case No. 21-cv-00012-CRH<br><br><br><br>**JOINT MOTION TO EXTEND DISCOVERY DEADLINES** |

Plaintiffs Brandy Suckley, Reannan Suckley, Blake Ish, Jyl Albertson, Mathew Baumstark, Danika Owan, Doc Ritchie, Lynette Cole-Perea, Manuel Perea, Emily Holly, and Brian Fleming (collectively "Plaintiffs") and Defendant The City of Williston, North Dakota (the "City") (collectively the "Parties") and respectfully request this Court to extend the fact discovery and expert witness deposition deadlines to April 15, 2022. In support, the Parties state:

1. On May 6, 2021, the Court entered its Scheduling/Discovery Plan (ECF No. 42).

2. The Scheduling/Discovery Plan set the deadline for all fact discovery, including fact witness depositions for March 1, 2022.

3. The Scheduling/Discovery Plan set the deadline for completion of all expert witness depositions for April 4, 2022.

4. Although the Parties have been diligently and cooperatively conducting discovery in this litigation, the Parties require additional time to complete discovery and request that the

1

deadline for all fact discovery, including fact witness depositions, and expert witness depositions be extended to April 15, 2022.

5.    Extending these deadlines will not prejudice any party nor affect the existing dispositive motion deadline or trial setting.

WHEREFORE, the Parties respectfully request the Court extend the fact discovery and the expert witness deposition deadlines to April 15, 2022.

Dated this 7th day of February 2022.

| | |
|---|---|
| BRANDY SUCKLEY, REANNAN SUCKLEY, BLAKE ISH, JYL ALBERTSON, MATHEW BAUMSTARK, DANIKA OWAN, DOC RITCHIE, LYNETTE COLE-PEREA, MANUEL PEREA, EMILY HOLLY, BRYAN FLEMING, Plaintiffs, | THE CITY OF WILLISTON, NORTH DAKOTA, Defendant, |
| | */s/ Brian D. Schmidt* |
| */s/ V. Gene Summerlin* | Brian D. Schmidt (ND Bar ID #07498) |
| V. Gene Summerlin – NE #19611 | bschmidt@smithporsborg.com |
| Ryann A. Glenn – NE #26160; | Scott K. Porsborg (ND Bar ID #04904) |
| IA #AT0010530 | Sporsborg@smithporsborg.com |
| Amanda L. Wall – NE #26872 | 122 East Broadway Avenue |
| HUSCH BLACKWELL LLP | PO Box 460 |
| 13330 California St., Suite 200 | Bismarck, ND 58502-0460 |
| Omaha, NE 68154 | (701) 258-0630 |
| (402) 964-5000 | |
| (402) 964-5050 (fax) | *Attorneys for Defendant, The City of Williston, North Dakota* |
| gene.summerlin@huschblackwell.com | |
| ryann.glenn@huschblackwell.com | |
| amanda.wall@huschblackwell.com | |

*Attorneys for Plaintiffs Brandy Suckley, Reannan Suckley, Blake Ish, Jyl Albertson, Mathew Baumstark, Danika Owan, Doc Ritchie, Lynette Cole-Perea, Manuel Perea, Emily Holly, Bryan Fleming*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 7th day of February 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

                */s/V. Gene Summerlin*