IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 1:21-cv-00012

| | |
|---|---|
| Brandy Suckley, Reannan Suckley, Natasha Calderon, Shoghi Farr, Blake Ish, Jyl Albertson, Mathew Baumstark, Danika Owan, Doc Ritchie, Lynette Cole-Perea, Manuel Perea, Emily Holly, and Bryan Fleming, | |
| Plaintiffs, | **DEFENDANT, CITY OF WILLISTON'S, MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| The City of Williston, North Dakota, | |
| Defendant. | |

\*\*\*             \*\*\*             \*\*\*

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of North Dakota, the Defendant hereby makes this Motion for Summary Judgment, dismissing all of Plaintiffs' claims in this action in their entirety. Summary judgment is appropriate because the City is entitled to judgment as a matter of law on all claims alleged in the Plaintiffs' Complaint. This motion is supported by the attached brief, affidavits and exhibits, and all materials thus far contained in the record.

- 2 -

Dated this 10th day of June, 2022.

        SMITH PORSBORG SCHWEIGERT
        ARMSTRONG MOLDENHAUER & SMITH

By /s/ Brian D. Schmidt
    Brian D. Schmidt (ND Bar ID #07498)
    bschmidt@smithporsborg.com
    Scott K. Porsborg (ND Bar ID #04904)
    sporsborg@smithporsborg.com
    122 East Broadway Avenue
    P.O. Box 460
    Bismarck, ND 58502-0460
    (701) 258-0630

    Attorneys for Defendant, The City of
     Williston, North Dakota

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2022, a true and correct copy of the foregoing **DEFENDANT, CITY OF WILLISTON'S, MOTION FOR SUMMARY JUDGMENT** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| V. Gene Summerlin | gene.summerlin@huschblackwell.com |
| Ryann A. Glenn | ryann.glenn@huschblackwell.com |
| Amanda L. Wall | amanda.wall@huschblackwell.com |
| Sydney L. Hayes | sydney.hayes@huschblackwell.com |

Attorneys at Law
13330 California St., Suite 200
Omaha, NE 68154

        By /s/ Brian D. Schmidt
            BRIAN D. SCHMIDT