IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 1:21-cv-00012

| | |
|---|---|
| Brandy Suckley, Reannan Suckley, Natasha Calderon, Shoghi Farr, Blake Ish, Jyl Albertson, Mathew Baumstark, Danika Owan, Doc Ritchie, Lynette Cole-Perea, Manuel Perea, Emily Holly, and Bryan Fleming,<br><br>        Plaintiffs,<br><br>vs.<br><br>The City of Williston, North Dakota,<br><br>        Defendant. | **AFFIDAVIT OF BRAD BEKKEDAHL** |

\*\*\*      \*\*\*      \*\*\*

STATE OF NORTH DAKOTA )
                                  ) SS.
COUNTY OF WILLIAMS   )

I, Brad Bekkedahl, being first duly sworn, deposes and states as follows:

1. I am a member of the City Commission for the City of Williston.

2. As an elected official, it is my job to act in the best interests of the community.

3. In addition to serving on the City Commission, I am also a member of the North Dakota Senate and represent District 1 in the 67th Legislative Assembly.

4. I believe the purpose of the City's Pit bull ordinance codified as Chapter 4, Article VI, § 4-89 of the City Code is to preserve the safety, welfare, and health of the City's residents.

5. The Rickard Elementary School playground attack in July 2019 was a local tragedy. The impact it had on not only the family, but the community as a whole, was immense. After this incident, members of the public asked me why those dogs were even in the City in light

of the ordinance. I also had the same frustrations as this type incident should never have occurred in light of § 4-89.

6. Had § 4-89 been followed, the dogs who attacked the individuals at the Rickard Elementary School playground would not have been there.

7. Based on my own personal knowledge, § 4-89 is an appropriate means of protecting the safety, health, and welfare of the public.

8. As an elected official, the general protection of the public is important. This is why we have various laws and ordinances that prohibit conduct reasonably calculated to endanger citizens. I firmly believe § 4-89 falls squarely within that objective.

9. This ordinance is not taken lightly. As an elected official, I do not want to take a person's pet away from them; however, it is my firm belief that Pit bulls pose a risk of danger to the public.

10. I was present for Brandy Suckley's presentation to the City Commission on September 8, 2020, and reviewed the information she provided. While I appreciated Suckley's presentation, it did not persuade me that the Pit bull ordinance needed to be changed. Based on the history of events, most recently the Rickard School Playground attack, there is no way I could defend a decision to repeal § 4-89 to the public. I hate to imagine how many more similar incidents would occur if the ordinance were not in place.

11. I understand there are people both in support and in opposition to breed specific legislation. Both sides have their own rationale and beliefs as they are entitled. However, it is my opinion that the best interests of the community support keeping § 4-89 in place to further the health, safety, and well-being interests of the public as a whole.

- 3 -

12.     As a lawmaker, I am always committed to keeping an open mind and amending or repealing laws and ordinances that are ineffective for their stated purpose. However, the information I have reviewed and my own personal experiences do not lead me to believe that § 4-89 is an ineffective ordinance that should be repealed or amended.

Dated this 8th day of June, 2022.

By _____
Brad Bekkedahl

On this 8th day of June, 2022, before me personally appeared Brad Bekkedahl known to me to be the person described in the within and foregoing instrument and acknowledged to me that he executed the same.

BONNIE HODNEFIELD
Notary Public
State of North Dakota
My Commission Expires October 3, 2022

_____
Notary Public

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2022, a true and correct copy of the foregoing **AFFIDAVIT OF BRAD BEKKEDAHL** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| V. Gene Summerlin | gene.summerlin@huschblackwell.com |
| Ryann A. Glenn | ryann.glenn@huschblackwell.com |
| Amanda L. Wall | amanda.wall@huschblackwell.com |
| Sydney L. Hayes | sydney.hayes@huschblackwell.com |

Attorneys at Law
13330 California St., Suite 200
Omaha, NE 68154

By /s/ Brian D. Schmidt
  BRIAN D. SCHMIDT