**From:** David Tuan [davidt@ci.williston.nd.us]
**Sent:** Thursday, July 23, 2020 11:30 AM
**To:** 'Brandy Suckley' [bsuckley79@gmail.com]
**Subject:** RE: Petition

Hi Brandy,

Thanks for your email. I will confer with our legal counsel and get back to you.



**David N. Tuan** | **City Administrator**
City of Williston | Administration
22 E Broadway | PO Box 1306
Williston, ND 58802
P. 701-713-3800  F. 701-577-8880
www.cityofwilliston.com

---

**From:** Brandy Suckley <bsuckley79@gmail.com>
**Sent:** Wednesday, July 22, 2020 11:42 AM
**To:** David Tuan <davidt@ci.williston.nd.us>
**Subject:** Petition

**CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Hello, I was told you received my email. I just want the correct information on the steps that need to be taken to formally file a petition. I'm not trying to be difficult. I just want simple information on the proper steps.

Exhibit #2
1:21-cv-00012

City 781

**From:** Brandy Suckley [bsuckley79@gmail.com]
**Sent:** Wednesday, July 29, 2020 11:31 AM
**To:** David Tuan [davidt@ci.williston.nd.us]
**Subject:** Re: Petition Guidelines
**Attachments:** image001.png

**CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Wednesday afternoon works for us. About noonish?

On Wed, Jul 29, 2020, 9:59 AM David Tuan <davidt@ci.williston.nd.us> wrote:

> Hi Brandy,
>
> I'm out of the office tomorrow and Friday but could make some time next week.  I'm available Monday morning, Wednesday afternoon, Thursday afternoon or anytime Friday. I invite you both to visit City Hall if you'd like.
>
> 
>
> **David N. Tuan** | City Administrator
> City of Williston | Administration
>
> 22 E Broadway | PO Box 1306
>
> Williston, ND 58802
>
> P. 701-713-3800  F. 701-577-8880
>
> www.cityofwilliston.com

**From:** Brandy Suckley <bsuckley79@gmail.com>
**Sent:** Wednesday, July 29, 2020 9:00 AM
**To:** David Tuan <davidt@ci.williston.nd.us>
**Subject:** Re: Petition Guidelines

**CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Hello, I got your email yesterday. Yes Jyl and I are working together. Is Friday a good day for you to sit down and talk with us?

On Tue, Jul 28, 2020, 5:44 PM David Tuan <davidt@ci.williston.nd.us> wrote:

> Hi Jyl,
>
> My apologies for the delay. I'm making the assumption that both you and Brandy Suckley are working together on the same Vicious Animal / Pit Bull topic? I don't feel that I fully comprehend your objective, but I would be willing to sit down with both of you to better understand what you'd like to achieve and figure out how the City can help.
>
> **David N. Tuan** | City Administrator
> City of Williston | Administration
>
> 22 E Broadway | PO Box 1306
>
> Williston, ND 58802
>
> P. 701-713-3800  F. 701-577-8880
>
> www.cityofwilliston.com

**From:** Jyl Albertson <ndnorske_01@yahoo.com>
**Sent:** Tuesday, July 28, 2020 1:32 PM
**To:** David Tuan <davidt@ci.williston.nd.us>
**Subject:** Re: Petition Guidelines

**CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Hi!

Haven't heard back from you regarding the procedural methods for getting the BSL repeal put on the ballot for November. Due to the limited time we have available, I'd really appreciate some guidance as soon as possible. If this isn't your department, can you tell me who I would need to speak with?


Thanks for your time

Jyl Albertson


Sent from Yahoo Mail for iPhone

On Thursday, July 23, 2020, 2:27 PM, Jyl Albertson <ndnorske_01@yahoo.com> wrote:

> At this point, it appears futile to go before the counsel. We have spoken to the Secretary of State in Bismarck and would like to get this put on the ballot for the November election and let the citizens of Williston decide. We were informed the deadline is August 31rst for city ballots. What are the procedural steps we need to do to make this happen? Is there a certain format for a petition? How many signatures are required? Do we have to file something prior to collecting signatures?

Thank you so much for your time

Jyl Albertson

Sent from Yahoo Mail for iPhone

On Thursday, July 23, 2020, 11:31 AM, David Tuan <davidt@ci.williston.nd.us> wrote:

> Hi Jyl,
>
> Is this in reference to the vicious dog ordinance?  I have been in conversation with Brandy Suckley who has asked the same question.  I will consult our attorney and get back to you.



**David N. Tuan** | City Administrator
City of Williston | Administration

22 E Broadway | PO Box 1306

Williston, ND 58802

P. 701-713-3800  F. 701-577-8880

www.cityofwilliston.com

---

**From:** Jyl Albertson <ndnorske_01@yahoo.com>
**Sent:** Wednesday, July 22, 2020 1:01 PM
**To:** David Tuan <davidt@ci.williston.nd.us>
**Subject:** Petition Guidelines

City 804

> **CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Hi!

I was told to reach out to you to get some information. What is the legal procedure for petitions regarding getting signatures to bring forth to the City Commission? Is there a legal format required? Does it need to be notarized? Is there a time limit for signature collection? Your help would be appreciated.

Thank you so much for your time,

Jyl Albertson

Sent from Yahoo Mail for iPhone