| | |
|---|---|
| **From:** | Julie Wall <julie.eyrich@gmail.com> |
| **Sent:** | Friday, July 24, 2020 11:46 AM |
| **To:** | Howard Klug; Tate Cymbaluk; Brad Bekkedahl; Chris Brostuen; Deanette Piesik |
| **Cc:** | David Tuan |
| **Subject:** | 2019/2020--NEW WARNING from Pediatricians about pit bulls: |

**CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Dear Williston elected officials,

**Thank-you for keeping your citizens safe from pit bull type-dogs by having a ban.** This is the best way to protect your citizens from level 4-6 dog attacks. I'm writing to inform you that the pit bull lobby is working at the local and state level to outlaw breed specific legislation.

I forwarded a link to Dunbar dog bite level chart 1-6 for determining the danger level of a dog by the severity of the bite.  http://apdt.com/wp-content/uploads/2017/01/ian-dunbar-dog-bite-scale.pdf

Williston has a pit bull ban. I would think most citizens would be unaware of all the dangerous pit bull attacks that are happening in breed-neutral cities.  Please view this interactive map of pit bull attacks in cities and towns that do not restrict pit bulls:  https://www.nationalpitbullvictimawareness.org/attacks/map-of-attacks-2019/

Williston is proof that pit bull bans work. I bet there have been zero level 4-6 dog attacks since you passed the ordinance. In my email, I'm going to prove that pit bull type-dogs bite the most and do the most damage when they bite.

**Breed Safety Legislation was only ever designed/enacted to reduce severe injury, catastrophic injury and deaths.** Yes, all dogs can bite after which the victim needs a few stitches, but pit bulls permanently disfigure or kill. I just don't understand how anyone can look at my graphic photos of level 5 bites that I have sent of children mauled by pit bulls in breed neutral cities, and not be inspired to regulate pit bull type-

Exhibit #3
1:21-cv-00012

dogs. Supporting breed specific legislation increases public safety, decreases pit bull breeding and decreases the number flowing into and being euthanized at shelters.



Camdon Bozell has stitches covering his face, a broken nose, and a fractured skull after the family pit bull attacked him.









City 785







**Are you going to listen to shelter workers and pit bull advocates who don't follow dangerous dog attacks or the medical experts who witness the aftermath of horrific pit bull attacks?**

**2019 NEW MEDICAL DOG BITE STUDY FOR PARENTS:** In the study conclusions they recommend that parents keep their children away from pit bulls and dogs that look like/are built like pit. Pit bulls and mixed breed dogs pose the highest risk of biting and cause the most damage per bite, a new study says. https://www.fox19.com/2019/05/22/ohio-state-study-identifies-pit-bulls-mixed-breeds-dogs-most-likely-bite-children/ and https://www.sciencedirect.com/science/article/pii/S0165587618305950?via%3Dihub

Dr. Golinko, who completed the largest dog bite study to date, states pit bulls are a danger to children. Watch a short video: https://www.facebook.com/thefifthestate/videos/10155854915749407/ and http://nationalpitbullvictimawareness.org/expert-opinions/



**243 children killed by pit bull type-dogs. http://www.fatalpitbullattacks.com/children-killed-by-pit-bulls.php** When a consumer product injures and kills that many children, and generates comparable liability history, that product is taken off the market.



Breed Neutral cities have more severe dog attacks than cities that have breed specific ordinances. All you have to do is read the medical research that proves that assertion.

**Side note:** this is the #1 outdated study cited by pit **bull advocates**: American Veterinary Medical Association Study does not reference

ANY U.S. medical studies since **2009**. I have listed the MOST current dog bite studies from 2011-present.

**18 Medical peer-reviewed dog bite studies** that prove pit bull type-dogs are dangerous as pets. Level 1 trauma center dog bite studies from all geographical regions in the U.S. are reporting a higher prevalence of pit bull type dogs injuries than all other breeds of dogs. In many cases, the studies (2011 to present) also report that pit bull injuries have a higher severity of injury and require a greater number of operative interventions. [https://www.dogsbite.org/dog-bite-statistics-studies-level-1-trauma-table-2011-present.php](https://www.dogsbite.org/dog-bite-statistics-studies-level-1-trauma-table-2011-present.php)



**NEWEST U.S. Dog Bite Study.** Dog-Bite Injuries to the Craniofacial Region: An Epidemiologic and Pattern-of-Injury Review at a Level 1 Trauma Center

"We reviewed 182 patient records distributed among several breed categories. The results showed a disturbing trend toward more severe injuries, especially in younger children, and a reversal in gender, with girls bitten more than boys. Young children incurred more extensive facial injuries, including fractures. The data showed that compared with other dog breeds, pit bull terriers inflicted more complex wounds, were often unprovoked, and went off property to attack." https://www.ncbi.nlm.nih.gov/pubmed/31816277
 Photo from study.

**Pit Bulls Lead 'Bite' Counts Across U.S. Cities and Counties**

Dog Biting Incidents: 2013 to 2020 It's all documented here:  https://blog.dogsbite.org/2009/07/pit-bulls-lead-bite-counts-across-us.html

**CONCLUSION:** The medical dog bite studies state that pit bull type-dogs are responsible for up to 50% of severe bites on people, when they only make up 7% of the dog population. Pit bulls should only be representing  7% of severe dog bites. Anyone who understands the basics of statistics realizes this proves pit bulls are dangerous.

**Breed** Specific Ordinances protect door-to-door employees. This should be your top priority. Postal workers should not have to risk their lives to deliver our mail .Did you catch the horrifying video of a pit bull attacking a mailman for 6 minutes? Original video https://www.facebook.com/oneil.colley/posts/2116228138431436  News outlet:https://www.clickondetroit.com/news/video-shows-dog-viciously-attacking-mail-carrier-in-detroit-as-neighbors-try-to-help?fbclid=IwAR2YkPnjTsyOioFMw83aT64oW4RM8gfwUqdgkUrHddxfjUYh8zdos-P58Oo

City 791



**Pit bulls are the number one canine killer of our beloved pets of all dog breeds combined.** Did you know that 38,000 domestic animals are killed every year by pit bulls (for comparison: 10,000 people are killed by drunk drivers every year)? Our neighborhoods have turned into killing fields for pit bulls. Our pets are getting slaughtered in our neighborhoods. Not only that but many people end up getting hurt trying to save their pet. These devastated people who lose their pets are suffering from PTSD.  FOLLOW for one month:  https://www.facebook.com/pitbullskilledmypet/

Little dog killed by pit bull. https://www.news-journalonline.com/news/20190602/pit-bulls-deadly-attack-on-tiny-terrier-in-port-orange-prompts-lawsuit?fbclid=IwAR0NOXpq-HzkxbxbhGZ3aqlW1BfuE2C9VIRD-t4_cs5XUasQahJfmJ86pH8



**Pit bull type-dogs make up 7% of the dog population, so they should be only responsible for 7% dog bite-related human fatalities. Instead they inflict 72% of dog bite-related human fatalities.** Anyone who understands statistics knows this is enough proof they are dangerous in our neighborhoods. https://blog.dogsbite.org/2019/05/2018-dog-bite-fatality-statistics-discussion.html



**Please spend some time witnessing the victims of pit bull attacks. Most attacking pit bulls are not due to bad owners but naïve owners who do not understand the dangerous pit bull breed traits. From 2005-2020, 367 people were killed by pit bull type- dogs.**
http://www.dogsbite.org/dog-bite-statistics-fatalities.php

**Light Bulb Moment:** Pit bulls do not lock their jaws, but due to their **"gameness"** trait, they would rather die than to let go. Every pit bull owner should own a wedge-shaped piece of wood used to pry open a pit bull's jaw during an attack called a break stick. When you need a precautionary tool for your dog, it's not a safe family pet. https://blog.dogsbite.org/2008/09/break-sticks-tool-used-to-pry-open-pit.html



**WATCH:** This person demonstrates how to use a break stick on a pit-bull: https://www.youtube.com/watch?v=KfMVH4wY5Pg

**FOLLOW THE LOGIC:** MOST insurance companies do not cover pit bulls because they can't afford the risk. Insurance companies have a calculated actuarial risk of pit bulls a lot higher compared with other dog breeds. Pit bulls are more likely to attack their owners. Dog attacks are the third most common claim on homeowner's insurance. More evidence that people who have pit-bulls and certain other types of breeds are endangering people and other people's beloved pets in our communities. https://www.esurance.com/info/homeowners/does-homeowners-insurance-cover-pit-bulls



**NEW!** Delta airlines bans ALL pit bull type-dogs from their airlines for attacking passengers and employees. They can't afford the risk anymore. https://blog.dogsbite.org/2018/06/delta-bans-pit-bull-type-dogs-service-support-animals.html



**VERY TELLING:** An estimated 300 U.S. military bases ban pit bulls. There are 1,160 U.S. cities and 50 countries which enact breed specific ordinances because pit bull type-dogs present an unreasonable risk to health and public safety. https://www.scribd.com/doc/56495216/Estimated-U-S-Cities-Counties-States-and-Military-Facilities-with-Breed-Specific-Pit-Bull-Laws



**PIT BULL EXPERTS who admit pit bulls are dangerous as pets:**

Tia Torres, who has a T.V. show on Animal Planet called "Pit Bulls & Parolees", wrote this for Rescue Train.  "It's a mistake to think the fighting gene can be easily trained or loved out of a pit-bull." https://www.therescuetrain.org/resources/pitbull-education

Pit Bull Federation of South Africa - PBFSA': "Pit bulls were never designed to be 100% safe with other animals."https://www.facebook.com/permalink.php?story_fbid=2134509080109275&id=1622413151318873

**Why they think it's appropriate to rehome pit bulls after saying that is beyond me. Owning and adopting out predators of other people's beloved pets compromises public safety. In my opinion it's immoral.**

**A Propensity to Attack Other Dogs Means a Dog Is Dangerous to People.**  Approximately one-third of Mr. Phillips' cases started out as a dog

attacking another dog, and then turned into a dog attacking a person. https://dogbitelaw.com/vicious-dogs/a-propensity-to-attack-other-dogs-means-a-dog-is-dangerous-to-people

Please read 'HOW TO PREVENT YOUR PIT BULL FROM FIGHTING'. Bully Max is more honest than most shelters and rescues staff/volunteers who deny pit bull breed traits. They admit pit bulls are bred for fighting. It's best to own only one pit bull. NEVER bring an adult pit bull to an off-leash dog park  We need to start being more honest about pit bull breed traits or we are setting people and dogs up for failure. https://bullymax.com/preventing-pitbull-fights/

BENJAMIN HART, professor emeritus at the UC Davis School of Veterinary Medicine and animal behaviorist says, "It's quite common for a pit bull to show no signs of aggression. People will call it a nice dog, a sweet dog, even the neighbors - and then all of a sudden something triggers the dog, and it attacks a human in a characteristic way of biting and hanging on until a lot of damage is done. Hart said pit bulls are responsible for about 60 percent of dog attack fatalities each year, which is "way out of proportion" compared with other breeds. Pit bulls make up less than 5 percent of the American dog population. "It's very poor policy to allow any child around a pit bull, in my mind, let alone climb on a dog."  More info from pit bull experts: http://thetruthaboutpitbulls.blogspot.com/2012/10/no-one-can-be-great-thinker-who-does.html?m=

Most dogs warn you before they attack, growling or barking to tell you how angry they are—"so they don't have to fight," ASPCA adviser and animal geneticist Stephen Zawistowski stresses. Not the pit bull, which attacks without warning. Most dogs, too, will bow to signal that they want to frolic. Again, not the pit bull, which may follow an apparently playful bow with a lethal assault."  More information from experts about pit bull traits:  http://www.city-journal.org/html/9_2_scared_of_pit.html

 Pit bull Rescue Center is the only organization that is somewhat honest about owning a zero mistake pit bull type-dog. I appreciate their honesty but to me this does not sound like a safe family pet but a dangerous project.  A lawsuit waiting to happen.

The **MOST IMPORTANT PRECAUTION** they make is you should NEVER leave your pit bull alone with other pets! Never take your pit bull to a dog park. Every shelter and rescue should be telling this to the people who are adopting pit bull type dogs. https://www.pbrc.net/multi-dog-homes.html

The second precaution is you should crate and rotate your pit bulls. https://www.pbrc.net/crate-and-rotate.html

**PROOF that shelters/rescues are rehoming dangerous pit bulls back into our communities.**

 56% of the pit bulls are advertised as recycled dogs. People get pit bulls as cute puppies. By the time they reach maturity at 2-years-old, the owner can't handle the dog's aggressive behaviors. Then the owner doesn't want the liability. So, either they surrender it to a shelter/rescue or try to rehome it. That's why you see so many unwanted pit bulls advertised as "only pet in household" or "adult home only" and many other restrictions. ==Many pit bulls are on Trazadone to control their aggressive behaviors.== These are zero mistake dogs. Too many pit bull owners have proven they are not reliable for containing their dogs. https://www.animals24-7.org/2017/06/14/rescued-pit-bulls-now-outnumber-pit-puppies/

This is the famous K9 Ninja Warrior, Roo Yori, who is rehoming a pit bull that is a danger to children and other animals. This is unacceptable for public safety!




**Dogs can be great escape artists. When pit bulls get loose it can be dangerous and deadly for everyone in the neighborhood**. Pit bulls are the number one type of dog the police shoot in the line of duty. Children were playing in the neighborhood. This is unacceptable to public safety. [https://www.dogsbite.org/blog-posts-police-shootings-of-pit-bulls.php](https://www.dogsbite.org/blog-posts-police-shootings-of-pit-bulls.php)



I'm a volunteer for a national, non-profit dog attack victim's group dedicated to reducing serious dog attacks.

Thanks for listening to my concerns,

[Julie Wall](#)


Pit Bulls Are The Official Dog of Mayhem. Here we go again and again and again. If we can't have tigers as pets, then we shouldn't be able to have pit bull type-dogs

**FOLLOW THE PIT BULL** CARNAGE FOR ONE MONTH:
[https://www.facebook.com/NationalPitBullVictimAwareness/](https://www.facebook.com/NationalPitBullVictimAwareness/)

https://www.facebook.com/pitbullskilledmypet/
https://www.facebook.com/dogsbite.org/

City 800