| | |
|---|---|
| **From:** | Bonny T Lee <bonnytlee@gmail.com> |
| **Sent:** | Tuesday, August 4, 2020 11:11 AM |
| **To:** | David Tuan |
| **Subject:** | Pit Bull ban |
| **Attachments:** | Williston 04Aug20.pdf |

**CAUTION:** This email originated from outside our organization. Please take care when opening attachments or clicking on links.

Please see my letter attached. And thank you for your consideration.


--
Bonny T Lee
(540)353-0250

*"We are editorially concerned and alarmed that for many years now the public policy decision-making pertaining to dangerous dogs in general...has been driven by organizations, and by individuals in leadership positions within organizations, who have concealed their longtime pro-pit bull advocacy agenda behind postures of general concern for animals and the rights of pet keepers."*
*"Of note is that pit bull victims are most often children, the elderly, and low-income adults, whose resources are limited to begin with. Following an attack, pit bull victims and their families are usually obliged to expend all of the resources available to them just to try to recover physical and emotional functionality."*
*Merritt and Beth Clifton, www.Animals24-7.org, February 2, 2020*

Exhibit #4
1:21-cv-00012

City 806


**DogsBite.org**
Some dogs don't let go

August 1, 2020

David Taun, Administrator
City of Williston
Post Office Box 1306
Williston ND 58802-1306         and via email to davidt@ci.williston.nd.us

Dear Mr. Taun,

I am writing you as a mother, nurse and dog owner myself, who advocates for victims of dog attacks. Your community is being besieged by Pit Bull enthusiasts who want the ban on these high-risk dogs lifted. This puts Williston in the company of hundreds of other municipalities which, either after tragedies with humans or their domestic pets, decided to place restrictions on dangerous animals.

It is best to have science and truth on your side as you know, so enclosed is a synopsis of current medical literature covering every geographic area in the United States. Trauma surgeons appear to have no such "misconceptions" about this breed as you can see.

As to "they warn if they do bite" asserted by Ms Suckley, here is the viewpoint from Benjamin Hart, professor emeritus at the UC Davis School of Veterinary Medicine, when asked to comment on a fatal mauling of a six year old boy in California: "It's quite common for a pit bull to show no signs of aggression. People will call it a nice dog, a sweet dog, even the neighbors – and then all of a sudden something triggers the dog, and it attacks a human in a characteristic way of biting and hanging on until a lot of damage is done."

Mr Taun these dogs were bred for an activity so violent as to be a felony in all 50 states and most of the civilized world. Suppressing rising levels of aggression provides an advantage in the dog fighting arena. To suggest that characteristic has been bred out is folly. I cannot tell you how many times a bereft family member states "He never hurt anyone before." Ms Suckley further states that breed specific legislation is "not effective." It is true that overall dog bites may not decrease much, but life-changing maulings and fatalities do, in fact, drop dramatically.

And finally, holding the owners responsible as Ms Suckley desires was certainly too late for the 530+ Americans dead from dog attacks since 2005. Also too late for the 28 citizens dead since January 2020, twelve of whom were children. North Dakota is associated with the concept of Liberty. I hope Williston will exercise their right to keep your citizens and their domestic pets safe.

Sincerely,

Bonny

Bonny T Lee RN
Volunteer


www.DogsBite.org

## Severe dog bite injury statistics

> The probability of a bite resulting in a complex wound was 4.4 times higher for pit bulls compared with the other top-biting breeds ... and the odds of an off-property attack by a pit bull was 2.7 times greater.
>
> Dog-Bite Injuries to the Craniofacial Region: An Epidemiologic and Pattern-of-Injury Review at a Level 1 Trauma Center, by Khan et al., *MS J Oral Maxillofac Surg*, November 2019

> Parental presence was reported in 43.6% of cases ... The most commonly identified breed was the pit bull ... Pit bulls were also the most commonly identified breed involved in major injuries.
>
> Pediatric Dog Bite Injuries in Central Texas, by Abraham et al., *Journal of Pediatric Surgery*, July 2019

> Physical characteristics like brachycephalic head shape and weight between 66 and 100 pounds were found to have both the highest bite risk and highest average tissue damage per bite.
>
> Dog Bite Injuries to the Face: Is There Risk with Breed Ownership? A Systematic Review with Meta-Analysis, by Essig et al., *Int. J. Pediatr. Otorhinolaryngol*, February 2019

> Our data were consistent with others, in that an operative intervention was more than 3 times as likely to be associated with a pit bull injury than with any other breed.
>
> Characteristics of 1616 Consecutive Dog Bite Injuries at a Single Institution, by Golinko et al., *Clinical Pediatrics*, April 2017

> Our data revealed that pit bull breeds were more than 2.5 times as likely as other breeds to bite in multiple anatomical locations.
>
> Characteristics of 1616 Consecutive Dog Bite Injuries at a Single Institution, by Golinko et al., *Clinical Pediatrics*, April 2017

> Most alarming is the observation that when attacks come from unfamiliar dogs, the pit bull was responsible for 60% and 63% of all injuries and ocular injuries, respectively.
>
> Ocular Trauma From Dog Bites: Characterization, Associations, and Treatment Patterns at a Regional Level I Trauma Center Over 11 Years, by Prendes et al., *Ophthalmic Plast Reconstr Surg*, June 2015

> Of the more than 8 different breeds identified, one-third were caused by pit bull terriers and resulted in the highest rate of consultation (94%) and had 5 times the relative rate of surgical intervention.
>
> Dog bites of the head and neck: an evaluation of a common pediatric trauma and associated treatment, by O'Brien et al., *Am J Otolaryngol*, Jan–Feb, 2015

> Unlike all other breeds, pit bull terriers were relatively more likely to attack an unknown individual (+31%), and without provocation (+48%).
>
> Dog bites of the head and neck: an evaluation of a common pediatric trauma and associated treatment, by O'Brien et al., *Am J Otolaryngol*, Jan–Feb, 2015

> In this series, dogs causing the injury were overwhelmingly familiar with the patient: 53% of dogs belonged to the family ... In our series (as in Philadelphia), Pit bulls were most commonly responsible.
>
> Morbidity of pediatric dog bites: A case series at a level one pediatric trauma center, by Garvey et al., *Journal of Pediatric Surgery*, February 2015

> Attacks by pit bulls are associated with higher morbidity rates, higher hospital charges, and a higher risk of death than are attacks by other breeds of dogs.
>
> Mortality, Mauling, and Maiming by Vicious Dogs, by Bini et al., *Annals of Surgery*, April 2011

## Dog bite-related fatality statistics

> From 2005 to 2018, pit bulls killed 311 Americans, about one citizen every 16 days, versus rottweilers, which killed every 109 days.
>
> 14-Year U.S. Dog Bite Fatality Chart (2005 to 2018) - DogsBite.org, April 2019

> Newborns, infants and toddlers, ages 0-2 years old, made up 27% of all dog bite fatality victims from 2005 to 2018. The highest age specific fatality rate is infants (< 1-year), accounting for 48% of all 0-2 victims.
>
> 14-Year U.S. Dog Bite Fatality Chart (2005 to 2018), Victims by Age Groups - DogsBite.org, April 2019

> During the 14-year period of 2005 to 2018, canines killed 61 infants (< 1-year). Pit bulls inflicted half of these infant deaths (30 of 61).
>
> Discussion Notes - 2018 U.S. Dog Bite Fatalities - DogsBite.org, May 2019

> Over the last 6 years (2013 to 2018), pit bulls inflicted 73% of fatal dog attacks (159 of 218). This is a 22% increase from an earlier period (2005 to 2012) when pit bulls inflicted 60% of all deaths (152 of 253).
>
> Discussion Notes - 2018 U.S. Dog Bite Fatalities - DogsBite.org, May 2019 | View related graphic

> In 2018, 78% (28 of 36) of dog bite fatality victims were female, the highest count on record. Of the 10 owner-directed fatal dog attacks in 2018, 80% killed women between the ages of 28 to 64 years.
>
> Discussion Notes - 2018 U.S. Dog Bite Fatalities - DogsBite.org, May 2019

> From 2015 to 2018, females comprised 53.8% of victims killed by pit bulls, a 39% rise from a previous period (2005 to 2009) of 38.8%.
>
> Trends: 14 Years of U.S. Dog Bite Fatalities in 3 Periods (2005 to 2018) - DogsBite.org, May 2019

> From 2015 to 2018, persons ≥ 10-years old made up the majority of victims killed by dogs, 60%. Children (≤ 9-years old) made up 40%.
>
> Trends: 14 Years of U.S. Dog Bite Fatalities in 3 Periods (2005 to 2018) - DogsBite.org, May 2019

> From 2005 to 2009, rescued or rehomed dogs only inflicted 2% of dog bite fatalities. This rose to 14.7% from 2015 to 2018, over a 600% rise.
>
> Trends: 14 Years of U.S. Dog Bite Fatalities in 3 Periods (2005 to 2018) - DogsBite.org, May 2019

> From 2005 to 2017, family dogs inflicted 54% of all fatal attacks. 64% were perpetrated by pit bulls. Of the 284 fatal pit bull attacks, 52% involved killing a family or household member.
>
> U.S. Dog Bite Fatalities: Breeds of Dogs Involved, Age Groups and Other Factors Over a 13-Year Period (2005 to 2017) - DogsBite.org, May 2018

> In the 13-year data set, 54 cases involved a dog killing its primary owner. Pit bulls inflicted 63% of these deaths, over 8 times more than any other breed.
>
> U.S. Dog Bite Fatalities: Breeds of Dogs Involved, Age Groups and Other Factors Over a 13-Year Period (2005 to 2017) - DogsBite.org, May 2018

> Over the 13-year period, 47% of fatal attacks involved 2 or more dogs. This is a 57% rise from the government study years (1979 to 1994), when only 30% of deaths involved 2 or more dogs attacking.
>
> U.S. Dog Bite Fatalities: Breeds of Dogs Involved, Age Groups and Other Factors Over a 13-Year Period (2005 to 2017) - DogsBite.org, May 2018



Opinion
## Pediatrician: Pit bulls do not belong in homes with children

By Laura E. Marusinec, Guest Columnist
Posted Aug 22, 2018 at 4:01 AM
Updated Aug 23, 2018 at 11:38 AM

As a pediatrician, I am compelled to respond to recent "All About Dogs" columns in the Herald-Tribune regarding pit bulls.

The author was asked his opinion about adopting a pit bull or pit bull mix in a home with a 6-year-old child. The author, a dog trainer, concludes that "there's no reason a pit bull or a pit bull mix wouldn't possibly be the most lovable pet you've ever had in your life."

Unfortunately, he comes to this conclusion by claiming, among other things, that in the past pit bulls "were America's darling and were referred to as 'nanny dogs'" and, worse, that "controlled studies don't show this breed to be disproportionately dangerous compared with other breeds."

One column tells readers to do their homework and references several animal welfare organizations. However, he fails to reference any medical experts or research.



"Claiming that pit bulls are just like any other dogs and pose no increased risk to children is completely wrong," says pediatrician and guest columnist Laura E. Marusinec.

For parents who are looking for advice about choosing a safe family pet, and are wondering about the safety of pit bulls, I recommend listening to pediatric medical experts, not a dog trainer or animal welfare organizations.

Would you listen to the tobacco industry about the safety of smoking?

Claiming that pit bulls are just like any other dogs and pose no increased risk to children is completely wrong. This unsupported claim is part of what is getting so many innocent children mauled or even killed by a these dogs.

In my professional opinion, pit bulls do not belong in homes with children. The medical data is clear. Pit bulls cause about half of the severe injuries to children, and very often the worst of the injuries. The majority of other dog breeds don't pose remotely this risk.

City 810

Of course, not every pit bull will attack. But, unfortunately, you can't tell which ones will. And if they do — and enough of them do — one moment can mean the difference between life and death of a child or a disfiguring injury and a life of pain, scars and emotional trauma.

Pit bull defenders want you to think that it's normal for a dog to maul or kill thousands of children. It's not. The vast majority of dog breeds have never killed or mauled a child — no matter how they are raised. The author of the prior articles says he wants you to do your homework. So do I! Take a look at some of the many pediatric medical studies that show the clear risk to children.

Here are a few key conclusions of recent pediatric medical studies (there are about a dozen excellent peer-reviewed medical studies in the last 10 years):
• May 2018: "Dogs and Orthopaedic Injuries: Is There a Correlation to Breed?" concludes, "Pit bull terrier bites were responsible for a significantly higher number of orthopaedic injuries and resulted in an amputation and/or bony injury in 66 percent of patients treated ..."
• August 2018: "Characteristics of Dog Bites in Arkansas" states that "family dogs represent a more significant threat than often is realized and that, among the breeds identified, pit bulls are proportionally linked with more severe bite injuries."
• A 2016 study, "Characteristics of 1,616 Consecutive Dog Bite Injuries at a Single Institution," found: "Pit bull bites were implicated in half of all surgeries performed and over 2.5 times as likely to bite in multiple anatomic locations as compared to other breeds."
• A 2015 report, "Dog bites of the head and neck: an evaluation of a common pediatric trauma and associated treatment," determined: "Although a number of dog breeds were identified, the largest group were pit bull terriers, whose resultant injuries were more severe and resulted from unprovoked, unknown dogs."
• Another 2015 study, "Morbidity of pediatric dog bites: a case series at a level one pediatric trauma center," stated: "Pediatric dog bites span a wide range of ages, frequently require operative intervention, and can cause severe morbidity. Dog familiarity did not confer safety, and in this series, pit bulls were most frequently responsible. These findings have great relevance for child safety."
So, yes, parents should do their homework when choosing a family pet.
I wholly believe in the benefits dogs provide to families, including children. But please don't risk your child's safety or life because by listening to the wrong "experts."

*Laura E. Marusinec is an urgent-care pediatrician in Milwaukee and a member of the American Academy of Pediatrics Council on Injury, Violence and Poison Prevention.*