IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 1:21-cv-00012

| | |
|---|---|
| Brandy Suckley, Reannan Suckley, Natasha Calderon, Shoghi Farr, Blake Ish, Jyl Albertson, Mathew Baumstark, Danika Owan, Doc Ritchie, Lynette Cole-Perea, Manuel Perea, Emily Holly, and Bryan Fleming, <br><br> Plaintiffs, <br><br> vs. <br><br> The City of Williston, North Dakota, <br><br> Defendant. | **AFFIDAVIT OF DEANETTE PIESIK** |

\*\*\*   \*\*\*   \*\*\*

STATE OF NORTH DAKOTA )
                                              ) SS.
COUNTY OF WILLIAMS        )

I, Deanette Piesik, being first duly sworn, deposes and states as follows:

1. I am a member of the City Commission for the City of Williston.

2. As an elected official, it is my job to act in the best interests of the community.

3. It is my recollection that the ordinance prohibiting pit bulls was a community driven decision. Numerous individuals within the community discussed the dangers associated with Pit bulls. The community push ultimately led to the City Commission passing an ordinance prohibiting the possession of Pit bull dogs in 1987. It is my understanding the ordinance was initially enacted to protect the health, safety, and welfare of the people within the City's jurisdiction.

4. It is my opinion that § 4-89 continues to serve its original purpose and is a public safety law. Based on my knowledge and experience as an elected official, it is my opinion the majority of citizens within Williston are in favor of keeping § 4-89 in place.

5. The Rickard Elementary School playground attack in July 2019 was a local tragedy. It shook the community and confirmed my belief as to why § 4-89 is a prudent and proper safety measure to protect the citizens of our community.

6. I have reviewed the expert reports of Dr. Golinko and Ron Berman. These reports also confirmed my previous beliefs about why § 4-89 is an appropriate public safety law.

7. I was present for Brandy Suckley's presentation to the City Commission on September 8, 2020, and reviewed the information she provided. While I appreciated Suckley's presentation, it did not persuade me that the Pit bull ordinance needed to be changed.

8. I understand there are people both in support and in opposition to breed specific legislation. Both sides have their own rationale and beliefs as they are entitled. However, it is my opinion that the best interests of our community support keeping § 4-89 in place to further the health, safety, and well-being interests of the public as a whole.

9. As a City Commissioner, I am always committed to keeping an open mind about our ordinances. However, the information I have reviewed and my own personal beliefs do not lead me to believe that § 4-89 should be repealed or amended.

Dated this  6  day of  June , 2022.

By  *Deanette Piesik*
   Deanette Piesik

On this ___6th___ day of ___June___, 2022, before me personally appeared Deanette Piesik known to me to be the person described in the within and foregoing instrument and acknowledged to me that he executed the same.

_____
Notary Public

LISA K BEZEK
Notary Public
State of North Dakota
My Commission Expires Nov. 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2022, a true and correct copy of the foregoing **AFFIDAVIT OF DEANETTE PIESIK** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| V. Gene Summerlin | gene.summerlin@huschblackwell.com |
| Ryann A. Glenn | ryann.glenn@huschblackwell.com |
| Amanda L. Wall | amanda.wall@huschblackwell.com |
| Sydney L. Hayes | sydney.hayes@huschblackwell.com |
| Attorneys at Law | |
| 13330 California St., Suite 200 | |
| Omaha, NE 68154 | |

                                                          By /s/ Brian D. Schmidt
                                                               BRIAN D. SCHMIDT