IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 1:21-cv-00012

| | |
|---|---|
| Brandy Suckley, Reannan Suckley, Natasha Calderon, Shoghi Farr, Blake Ish, Jyl Albertson, Mathew Baumstark, Danika Owan, Doc Ritchie, Lynette Cole-Perea, Manuel Perea, Emily Holly, and Bryan Fleming,<br><br>    Plaintiffs,<br><br>vs.<br><br>The City of Williston, North Dakota,<br><br>    Defendant. | **AFFIDAVIT OF DR. MICHAEL GOLINKO** |

\*\*\*   \*\*\*   \*\*\*

STATE OF TENNESSEE  )
           ) SS.
COUNTY OF DAVIDSON  )

I, Dr. Michael Golinko, being first duly sworn, deposes and states as follows:

1. I have been hired to provide an expert opinion in this litigation.

2. A true and correct copy of my CV is attached hereto as Exhibit # 1.

3. I have conducted multiple peer reviewed studies on the dog bite injuries.

4. I authored the article entitled *Characteristics of 1616 Consecutive Dog Bite Injuries at a Single Institution* that was published in *Clinical Pediatrics* 2017, Vol. 56(4) at pages 316-325.

5. I also authored the article entitled *Characteristics of Dog Bits in Arkansas* that was published in the *Southern Medical Journal* 2018 Aug; 11(8) at pages 494-500.

6. The articles referenced in paragraphs 4 and 5 above were both published peer review articles.

7. A true and correct copy of the expert report I prepared and signed for this litigation is attached hereto as Exhibit # 2. Notably, true and correct copies of the articles referenced in Paragraphs 4 and 5 of this Affidavit are attached to my report.

8. The opinions expressed in Exhibit # 2 are true and correct based on my knowledge, information, and expertise in the subject area opined upon.

Dated this 8th day of June, 2022.

By _____
Dr. Michael Golinko

On this 8th day of June, 2022, before me personally appeared Michael Golinko, known to me to be the person described in the within and foregoing instrument and acknowledged to me that he executed the same.

Notary Public
Amy Maynard
Exp. 5-5-2025

[Notary Seal: AMY MAYNARD, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 5-5-2025]

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2022, a true and correct copy of the foregoing **AFFIDAVIT OF DR. MICHAEL GOLINKO** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| V. Gene Summerlin | gene.summerlin@huschblackwell.com |
| Ryann A. Glenn | ryann.glenn@huschblackwell.com |
| Amanda L. Wall | amanda.wall@huschblackwell.com |
| Sydney L. Hayes | sydney.hayes@huschblackwell.com |
| Attorneys at Law | |
| 13330 California St., Suite 200 | |
| Omaha, NE 68154 | |

By /s/ Brian D. Schmidt
    BRIAN D. SCHMIDT