*MICHAEL SAMUEL GOLINKO MD, FAAP, FACS*



**Work Address:**

**Monroe Carell Jr. Children's Hospital at Vanderbilt**
2900 Children's Way
9th Floor, Doctor's Office Tower
Nashville, Tennessee  37232

Office:   615-936-0160
Fax:   615-936-0167
E-mail:   michael.golinko@vumc.org

## PROFESSIONAL LICENSURES & CERTIFICATIONS

Board Certified in General Surgery: The American Board of Surgery October 4th, 2011
Board Certified in Plastic Surgery: The American Board of Plastic Surgery December 15th, 2016
Tennessee License # MD58363
Arkansas License # E-9238
DEA:   FG1971856
NPI:   1912173147

## FACULTY POSITION

| | |
|---|---|
| December 2018 – Present | **Assistant Professor of Plastic Surgery, Director of Cleft & Craniofacial Surgery, Chief of Pediatric Plastic Surgery**<br>Monroe Carell Jr. Children's Hospital at Vanderbilt<br>Vanderbilt University Medical Center, Nashville, TN |
| August 2021- Present | **Assistant Professor of Neurological Surgery ( Secondary Appointment)**<br>Vanderbilt University Medical Center<br>Vanderbilt University, Nashville, TN |
| December 2018 - Present | **Assistant Professor of Otolaryngology- Head & Neck Surgery( Secondary Appointment)**<br>Vanderbilt University Medical Center<br>Vanderbilt University, Nashville, TN |
| 2015 -2018 | **Medical Director Arkansas Children's Hospital Craniofacial Program**<br>Craniofacial, Cleft & Pediatric Plastic Surgery<br>Assistant Professor of Plastic Surgery<br>Secondary Appointment: Assistant Professor of Otolaryngology- Head & Neck Surgery<br>University of Arkansas Medical Sciences, Little Rock AR |

Exhibit #1
1:21-cv-00012

## PROFESSIONAL TRAINING

| | |
|---|---|
| 2014- 2015 | **Fellow in Craniofacial Surgery/Pediatric Plastic Surgery**<br>Hansjörg Wyss Department of Plastic Surgery, New York University<br>New York, New York |
| 2011- 2014 | **Resident in Plastic & Reconstructive Surgery**<br>Emory University School of Medicine<br>Atlanta, Georgia |
| 2008- 2011 | **Categorical Resident General Surgery (PGY 3- 5)**<br>New York University School of Medicine<br>New York, New York |
| 2004-2006 | **Categorical Resident General Surgery (PGY 1 & 2)**<br>State University of New York Downstate Medical Center<br>Brooklyn, New York |

## EDUCATION

| | |
|---|---|
| 1999-2004 | **Doctor of Medicine**<br>University of South Florida College of Medicine (USF)<br>Tampa, Florida |
| 2001-2002 | **Master of Arts in Medical Anthropology**<br>Universiteit van Amsterdam (UVA)<br>Amsterdam, Netherlands |
| 1994-1998 | **Bachelor of Science in Physics**<br>Massachusetts Institute of Technology (MIT)<br>Cambridge, Massachusetts |

## PEER-REVIEWED PUBLICATIONS

49. Pontell ME, Mount D, Steinberg JP, Mackay D, **Golinko M,** Drolet B. Interfacility Transfers for isolated Craniomaxillofacial Trauma: Perspective of the Facial Trauma Surgeon. Craniomaxillofac Trauma Reconstr. 2021 Sep; 14(3):201-208

48. Das, Rishub Phillips J, Bosrt A, Barry, Rm, Jaeger, N **Golinko MS.** Reductive otoplasty and facial debulking in a pediatric patient with PIK3CA-related overgrowth. Accepted to FACE September 2021

47. Gonzalez SR, Blumenauer BJ, Yuen JC, **Golinko MS.** Self-development Tools Utilized by Plastic Surgeons: A Survey of ASPS Members. Plast Reconstr Surg Glob Open. 2021 May 24;9(5):e3527

46. Glassman GE, Jackson K, Pontell ME, **Golinko M,** Drolet BC. Pediatric orbital entrapment: should radiographic findings replace physical exam? Annals of Plastic Surgery. 2021 Jun 1;86( 6S Suppl 5): S606-S609

45 . Pontell ME, Barahimi B, **Golinko MS**. Management of delayed bilateral sino-orbital fistulae in a child with bilateral Tessier number IV clefts and Microphthalmia. *Journal of Craniofacial Surgery.* 2021, Jul 27

44. Pontell ME, Steinberg JP, Mackay DR, Rodriguez ED, Strong EB, Olsson AB, Kriet JD, Kelly KJ, Ochs MW, Taub PJ, Desai SC, MacLeod S, Susarla S, Tollefson TT, Schubert W, Drolet BC, **Golinko MS**. Interfacility Transfer Guidelines for Isolated Facial Trauma: An Expert Consensus. *Plastic and Reconstructive Surgery*. 2021, in press

43. Pontell ME, Niklinska EN, Braun SA, Kelly KJ, **Golinko MS**. Resorbable versus Titanium Rigid Fixation for Pediatric Upper and Midfacial Fractures. which carries a lower risk profile?  2021 , *Journal of Oral and maxillofacial Surgery*.  2021 May25:S0278-23921(21)

42. Niklinska EN, Pontell ME, Jaeger N, **Golinko MS**, Kelly K. Pediatric Orbital Reconstruction with Split Corticocancellous Rib Graft. *FACE*. May 6 2021

41. Aaron M Yengo-Kahn  Oluwatoyin Akinnusotu  Alyssa L Wiseman , Muhammad Owais Abdul Ghani  Chevis N Shannon  **Michael S Golinko** , Christopher M Bonfield. Sports Participation and Related Head Injuries Following Craniosynostosis Correction: A Survey Study. April  Apr;50(4):E15Neurosurgical Focus.

40. Influence of Radiographic Soft Tissue Findings on Clinical Entrapment in Patients With Orbital Fractures. Pontell ME, Jackson K, **Golinko M**, Drolet BC.J Craniofac Surg. 2020 Oct 12. Online ahead of print.

39. Matthew E Pontell , Eva Niklinska  Christopher M Bonfield , **Michael S Golinko** Management of an open nasofrontal encephalocele during the first day of life. Childs Nerv Syst . 2021 Mar 6. PMID 33677686

37. Esenlik E, Gibson T, Kassam S, et al. NAM Therapy-Evidence-Based Results [published online ahead of print, 2020 Jan 21]. *Cleft Palate Craniofac J*. 2020;

36. Gonzalez SR, Jones JK, **Golinko MS**.  Surgical Approach in a Patient With Agnathia-Otocephaly Complex: Three-Stage Mandibular Distraction Protocol.  J Craniofac Surg. 2019 Oct 18.

35. Gonzalez SR, Han A, **Golinko MS**.  Shifting epidemiology of single-suture craniosynostosis and the need for a more granular ICD classification system: a national survey of members from the American Society of Pediatric Neurosurgeons (ASPN) and the American Society of Craniofacial Surgeons (ASCFS).  Childs Nerv Syst. 2019 Jun 1.

34. **Golinko MS**, Pemberton JD, Phillips J, Johnson A, Hartzell LD.  The Arkansas Tessier Number 3 Cleft Experience: Soft Tissue and Skeletal Findings With Primary Surgical Management: Four-Step Approach.  J Craniofac Surg. 2018 Oct;29(7):1834-1841

33. Smith AM, Carlson J, Bartels AB, McLeod CB, **Golinko MS**.  Characteristics of Dog Bites in Arkansas.;  South Med J.  2018 Aug;111(8):494-500.

32. **Golinko MS,** Pemberton JD, Phillips J, Johnson A, Hartzell LD.: (The Arkansas Tessier #3 Cleft Experience: Soft tissue and skeletal findings with primary surgical management: A Four-Step Approach.) Journal of Craniofacial Surgery. 2018 Jun 5.

31. Golinko MS, Atwood DN, Ocal E. Surgical management of craniosynostosis in the setting of a ventricular shunt:a case series and treatment algorithm. *Childs Nerv Syst*. 2018;34(3):517–525. doi:10.1007/s00381-017-3648-y

30. Ittleman BR, Mckissick J, Bosanko KA, Ocal E, **Golinko** M, Zarate YA. Less common underlying genetic diagnoses found in a cohort of 139 individuals surgically corrected for craniosynostosis. Am J Med Genet A. 2017 Nov 21. doi: 10.1002/ajmg.a.3853

4
29. **Golinko, MS**, Harter, DH, Rickert, S, Staffenberg, DA Cerebrospinal Fluid Fistula for the Craniofacial Surgeon: A Review and Management Paradigm.  J Craniofac Surg. 2017 Feb 23

28. **Golinko MS**, LeBlanc EM, Hallett AM, Alperovich M, Flores RL, Long-Term Surgical and Speech Outcomes Following Palatoplasty in Patients With Treacher-Collins Syndrome. J Craniofac Surg. 2016 Sep;27(6):1408-11

27. Serebrakian AT, **Golinko** MS, Alperovich M, Runyan CM, Staffenberg DA. Clinical Report: Efficacy of Standard Costochondral Grafting in Patients With Bilateral Craniofacial Microsomia. J Craniofac Surg. 2016 Sep 9

26. **Michael Golinko**, Brian Arslanian, Joseph K. Williams. Characteristics of 1616 consecutive dog bite injuries at a single institution. Clinical Pediatrics July 12, 2016 2016

25. **Golinko, MS**, Patel K, Cai R, Smith A, Ocal E. The deepithelialized skin flap for closure of large myelomeningoceles: a common plastic surgery technique for a novel neurosurgery application. Childs Nerv Syst. 2016 Jun 7

24. Alperovich M, **Golinko, MS**, Lee ZH, Runyan CM, Staffenberg, DA.  Parental Perceptions of Neurodevelopment in Toddlers Following Craniosynostosis Repair.  J Craniofac Surg. 2016 May 12. [Epubahead of print]

23. **Golinko, MS**, Shetye P, Flores RL, Staffenberg DA. Severe Agnathia-Otocephaly Complex: Surgical Management and Longitudinal Follow-up From Birth Through Adulthood. J Craniofac Surg. 2015 Nov;26(8):2387-92.

22. **Golinko, MS**, Mason K, Nett K, Riski JE, Williams JK. Sphincterplasty for velopharyngeal insufficiency (VPI) in the child without a cleft-palate: etiologies and speech outcomes Golinko, Mazon, Nett, Riski, Williams. J Craniofac Surg. 2015 Oct;26(7):2067-71

21. Blumberg SN, Maggi J, Melamed J, **Golinko M**, Ross F, Chen W.. A histopathologic basis for surgical debridement to promote healing of venous ulcers. J Am Coll Surg. 2012 Dec;215(6):751-7. doi: 10.1016/j.jamcollsurg.2012.08.008. Epub 2012 Sep 13.

20. Sameer Kapadia, **Michael Golinko** and J.K Williams. Facial Nerve Paralysis and Frey's Syndrome in an infant following removal of an Internal Mandibular Distraction Device. Journal of Craniofacial Surgery.  J Craniofac Surg. 2013 May;24(3):961-3

19. Ayo D, **Golinko M**, Frangos S, Parikh M. Laparoscopic Appendectomy in the 35th Week of Pregnancy. Journal of Laparoendoscopic & Advanced Surgical Techniques and Part B: Videoscopy. May 2011, 21.

18. Brem H, Maggi J, Nierman D, Rolnitzky L, Bell D, Rennert R, **Golinko M**, Yan A, Lyder C, Vladeck B. High cost of stage IV pressure ulcers. Am J Surg. 2010 Oct;200(4):473-7.

17. **Michael S. Golinko MD**, David J. Margolis MD, PhD, Adit Tal B.S. Ole Hoffstad MS,Andrew J.M. Boulton MD, FRCP, Harold Brem MD FACS.  Preliminary Development of a Diabetic Foot Ulcer Relational Database from a Wound Electronic Medical Record: a tool to decrease limb amputations. Wound Repair Regen. 2009 Sep-Oct;17(5):657-65.

16. Jessica Schiffman BA, **Michael S. Golinko MD, MA**  Renata Joffe, MD, Anna Flattau MD, MSc,  Robert Rennert BA,  Marjana Tomic-Canic, PhD.  Harold Brem, MD. Operative Debridement of Pressure Ulcers . World J Surg. 2009 Jul;33(7):1396-402.

15. **Michael S Golinko, MD, MA**; Renata Joffe, MD; David DeVinck, DO; Eashwar Chandrasekaran, MS; Olivera Stojadinovic, MD; Stephan Barrientos, BS; Sasa Vukelic, MD; Marjana Tomic-Canic, PhD; Harold Brem, MD. Surgical pathology to describe the clinical margin of debridement of chronic wounds using a Wound Electronic Medical Record.  J Am Coll Surg. 2009 Aug;209(2):254-260.e1. Epub 2009 Jun 24

14. **Golinko, MS**, Clark S, Rennert R, Flattau A, Boulton AJ, Brem H.. Preliminary Development of a Diabetic Foot Ulcer Relational Database from a Wound Electronic Medical Record: a tool to decrease limb amputations. Ostomy Wound Manage. 2009 May;55(5):54-61.

13. **Golinko, MS**, Clark S, Rennert R, Flattau A, Boulton AJ, Brem H. Wound emergencies: the importance of assessment, documentation, and early treatment using a wound electronic medical record. Ostomy Wound Manage. 2009 May;55(5):54-61.

12. Harold Brem, Arber Kodra, **Michael Golinko,** Hyacinth Entero, Olivera Stojadinovic, Vincent Wang, Claudia Sheahan, Alan Weinberg, Savio Woo, H. Paul Ehrlich, Marjana Tomic-Canic. Mechanism of Sustained Release of VEGF in Accelerating Experimental Diabetic Healing. Journal of Investigative Dermatology.  J Invest Dermatol. 2009 Mar 12. [Epub ahead of print]

11. Robert Rennert, Michael **Golinko**, Anna Flattau, Marjana Tomic-Canic, Harold Brem, Developing and Evaluating Outcomes of an Evidence-based Protocol for the Treatment of Osteomyelitis in Stage IV Pressure Ulcers: A Literature and Wound Electronic Medical Record Database Review. Ostomy Wound Manage. 2009 Mar;55(3):42-53.
    Robert Rennert, BA; **Michael Golinko**, MD; Dave Kaplan, BS; Anna Flattau, MD; Harold Brem, MD. Standardization of Wound Photography Utilizing the Wound Electronic Medical Record.  Advances in Skin & Adv Skin Wound Care. 2009 Jan;22(1):32-8.

10. **Michael S. Golinko, MD, MA**; Dalton Cox, BA; Renta Joffe, MD; Eashwar B. Chandrasekaran, MS; R.; Tomic-Canic RM, Harold Brem, MD.  Operative Debridement of Diabetic Foot Ulcers.  Am Coll Surg. 2008 Dec;207(6):e1-6. No abstract available.

9. Brem, Harold; **Golinko, Michael S**.; Stojadinovic , Olivera;  Kodra , Arber;  Diegelmann , Robert F. Vukelic[2], Sasa; Entero , Hyacinth; Coppock , Donald L.;  , Tomic-Canic, Marjana. Primary cultured fibroblasts derived from patients with chronic wounds: a methodology to produce human cell lines. J Transl Med. 2008 Dec 1;6:75.

8. Marjana Tomic-Canic, Elizabeth Ayello, **Michael Golinko**, Olivera Stojadinovic, Harold Brem. Bar Coding a wound: a molecular guide to surgical debridement. Adv Skin Wound Care. 2008 Oct;21(10):487-92;quiz 493-4.

7. Philip Bao, Arber Kodra, Marjana Tomic- Canic, **Michael Golinko**, H. Paul Ehrlich, Harold Brem. The Role of VEGF in Wound Healing. J Surg Res. 2008 May 12.

6. **Golinko, MS.** Wound Healing where there is no CT scanner. Adv Skin Wound Care. 2008 May, 21(5):206-9.

5. Stojadinovic, O, Pastar I, Vukelic S, Mahoney MG, Brennan D, Krzyanowska A, **Golinko, M**, Brem H, Tomic-Canic M. Deregulation of keratinocyte differentiation and activation: A hallmark of venous ulcers. J Cell Mol Med. 2008 Mar 28.

4. Barrientos S, Stojadinovic O, **Golinko, M**, Brem H, Tomic-Canic M: Growth factors and cytokines in wound healing. *Wound Repair Regeneration* 2008, 16:585-601.

3. **Golinko, MS.** Sidetracked or Doing What Matters. Resident and Staff Physician. 2007 July/August; 53(7).

2. Brem H, Stojadinovic O, Diegelmann, RF, Entero H, Lee B,  Pastar I, **Golinko, M**, Rosenberg H and    Tomic-Canic M: Molecular Markers in Patients with Chronic Wounds to Guide Surgical Debridement,  (2007) Molecular Medicine Jan-Feb;13(1-2):30-9.

1. **Golinko, MS**. A piece of my mind. A bump in the neck. JAMA. 2006 Dec 27; 296(24):2901-2.

**Peer-Reviewed Published Online Surgical Videos**

1. Weaver A, Patel K, **Golinko, MS ,** Sliding Osseous Genioplasty & Coronoidectomy in a Patient with Treacher-Collins Syndrome - See more at: http://www.csurgeries.com/video/sliding-osseous-genioplasty-coronoidectomy-in-a-patient-with-treacher-collins-syndrome/959yiezvoo#sthash.DoaGpfux.dpuf.

2. **Michael S. Golinko M.D.,** Kumar M. Patel PA-C. Keloid Excision . http://escholarship.org/uc/item/2m43548rhttp://www.ncbi.nlm.nih.gov/pubmed/15629164#sthash.4BlEtvDJ.dpuf

3. **Michael Golinko**, Kumar Patel, PA-C, Gregory W. Albert. Posterior Cranial Vault Remodeling for Shunt-Induced Craniocerebral Disproportion (CCD). https://www.csurgeries.com/video/posterior-cranial-vault-remodeling-for-shunt-induced-crainiocerebral-disporpotion-ccd/d03zxkvg2h

4. **Michael Golinko,** Kumar Patel, PA-C. Plastic Surgery Pearls for basic suturing: instruments & technique - See more at: https://www.csurgeries.com/video/plastic-surgery-pearls-for-basic-suturing:-instruments-&-technique/udwdtpze6v#sthash.GF37xrnI.dpuf https://www.csurgeries.com/video/plastic-surgery-pearls-for-basic-suturing:-instruments-&-technique/udwdtpze6v

5. Akshay Krishnan, Eylem Ocal, MD , Kumar Patel, PA, **Michael Golinko, MD, MA** https://www.csurgeries.com/video/fronto-orbital-advancement-and-cranial-vault-remodeling-for-metopic-craniosynostosis/hg9xbuxoms#sthash.roeNV7BA.dpuf

6. Ryan Strebeck, Kumar Patel, **Michael Golinko** Cranioplasty with scar revision. https://www.csurgeries.com/video/cranioplasty-with-scar-revision/bysho32ez5

7. Taylor Dilday, Kumar Patel, **Michael Golinko**. Alopecia excision and repair. https://www.csurgeries.com/video/alopecia-excision-and-repair/rbbu00mhp0

8. Aaron Smith, Kumar Patel and **Michael Golinko.** LeFort I Osteotomy and Advancement in Patient with Maxillary Hypoplasia - at: https://www.csurgeries.com/video/lefort-i-osteotomy-and-advancement-in-patient-with-maxillary-hypoplasia/1cu3tz50yf#sthash.VTrhIsfY.dpuf

9. Gammill, Sarah, Kumar Patel, **Michael Golinko**. Cranioplasty for Sagittal Craniosynostosis. https://www.csurgeries.com/video/cranioplasty-sagittal-craniosynostosis/

10. Kamath, Nikhil, Kumar Patel PA, **Michael Golinko**. Le Fort I Osteotomy with placement of Distractor. https://www.csurgeries.com/video/le-fort- distractor/osteotomy-placement-

11. Gonzalez, Santiago, Kumar Patel PA, **Michael Golinko.** Bilateral Subcranial Le Fort III Osteotomies with Midface Distraction – A Surgical Review  https://www.csurgeries.com/video/bilateral-subcranial-le-fort-iii-osteotomies-midface-distraction-surgical-review/

12. Alex Kim, Kumar Patel, Kathleen Connery, **Michael Golinko**.  Bilateral Wise Pattern Inferior Pedicle Reduction Mammoplasty. https://www.csurgeries.com/video/bilateral-wise-pattern-inferior-pedicle-reduction-mammoplasty/

13. Kelsey Parks, **Michael Golinko**. Implantation of Tissue Expander in Poland Syndrome Patient. https://case.csurgeries.com/video/implantation-tissue-expander-poland-syndrome-patient/

14. **Golinko, M** , Bonfield C, Jaeger, Patel p. Metopic Craniosynostosis. Csurgeries.com Jan 31 2021 https://www.csurgeries.com/video/cranioplasty-metopic-craniosynostosis/

# BOOK CHAPTERS

**Michael S. Golinko**, Albert Losken . *Unfavorable results and avoiding complications* Editors: Seth Thaller & Mimis Cohen, in Cosmetic surgery after massive weight loss. 1st Edition Jaypee Brothers Medical Pub. 2013

**Michael S. Golinko**. *Chapter 6 A bump in the neck: from doctor to patient to doctor.* Eds. Rebekah Park & Sjaak van der Geest, In Doing and Living Medical Anthropology, Amsterdam. AMB Diemen   2010

Andrew Hanflik; **Michael S. Golinko**, Melissa Doft, Charles Cain; Anna Flattau, Harold Brem. *Operative Debridements of Chronic Wounds in Geriatric Persons.* Eds. Jeffrey H. Silverstein, G. Alec Rooke, J.G. Reves, Charles H. McLeskey. In Geriatric Anesthesia, 2nd Edition. New York. Springer, 2007.

# SELECTED PODIUM PRESENTATIONS:

1. **Interfacility transfers for isolated craniomaxillofacial trauma: perspectives of the facial trauma surgeon.** Plastic Surgery The Meeting, 2020.

2. **Implementing the PedsQL as a standard-of-care quality of life measure in a craniofacial clinic: preliminary results.** Plastic Surgery The Meeting, 2020.

3. **Influence of radiographic soft tissue findings on clinical entrapment in patients with orbital fractures.** Oral presentation at: Southeastern Society of Plastic and Reconstructive Surgeons 2020 Scientific Meeting, 2020.

4. **Pediatric orbital entrapment: should radiographic findings replace physical exam?** Oral presentation at: Southeastern Society of Plastic and Reconstructive Surgeons 2020 Scientific Meeting, 2020.

5. **Influence of radiographic soft tissue findings on clinical entrapment in patients with orbital fractures.** Accepted for oral presentation at: American Cleft Palate Craniofacial Association 2020 Scientific Meeting [Cancelled due to COVID-19 Pandemic], 2020.

6. **Long Term Cleft Palate Outcome in Patients with Treacher-Collins**. 73rd Annual American Cleft Palate-Craniofacial Association Meeting Atlanta, April 2016.

7. **Long-term outcomes & treatment strategies in Otocephaly-Dysgnathia Complex** - presented at the International Society Craniofacial Surgeons Japan 2015

8. **10 Year- Experience of Surgical Treatment of Velopharyngeal Insufficiency in Patients without a Cleft Palate** presented at American Cleft Palate - Craniofacial Association meeting Indianapolis, IN – presented March 28, 2014

9. **Optimizing Outcomes of Body Contouring following massive weight loss.** Georgia Society of Plastic Surgeons, Atlanta, GA 2011

10. **A novel relational database for clinical outcomes in patients with diabetic foot ulcers: The Wound Electronic Medical Record (WEMR)** Presented at American College of Surgeons Clinical Congress Surgical Forum October 2008.

11. **Pathology to define epidermal margin and depth of surgical debridement of diabetic foot ulcers.** Presented at American College of Surgeons Clinical Congress Surgical Forum October 2008.

12. **Synergy of Diabetes and Aging Impairs Wound Healing.** Presented at the 2008 World Union of Wound Healing Societies Meeting Toronto, CN.

13. **Development of a Relational Databank for Chronic Wounds.** Presented at the 2008 World Union of Wound Healing Societies Meeting Toronto, CN.

14. **Surgical Technique and the Importance of Wide Debridement in Diabetic Foot Ulcer.** Video Presented on Podium at 2008 American College of Surgeons Clinical Congress and part of ACS Permanent library.

15. **Medical Anthropology & Personal Growth.** Podium & paper presented at the 10th Annual Amsterdam Masters in Medical Anthropology Retrospective Conference in Amsterdam, Netherlands, May 2007. Presentation and paper available at: http://www.iis-communities.nl/portal/site/amma-10

16. **A Novel, Non-angiongenic mechanism of VEGF: Stimulation of Keratinocyte and Fibroblast Migration.** Podium presentation at the 2007 Wound Healing Society/Symposium on Advanced Wound Care Meeting in Tampa Florida.

17. **Update on Pediatric Plastic Outcomes & Humanitarian Missions.** The 15th Annual Jurkeiwicz Society. Atlanta, GA.

18. **Fronto-orbital Expansion: Reversing the paradigm of sagittal synostosis correction for late presentation** Presenter: David Staffenberg Affiliation: New York University Medical Center, USA Authors: Staffenberg D, Golinko MS, NardiniG,AlperovichM,HarterD,WeinerH,WisoffJ,GoodrichJT

19. **Outcomes Analysis of Mandibular Distraction: Treacher Collins versus Robin Sequence** Presenter: Christopher M. Runyan Affiliation: NYU Langone medical center plastic surgery department, USA Authors: Runyan CM, Nardini G, Hosseinian B, Seo L, Shetye PR, Staffenberg D, Golinko M, Flores RL.

20. **Treacher-Collins Syndrome: Clinical outcomes of cleft palate repair** Presenter: Etoile LeBlanc Affiliation: New York University; Institute of Reconstructive Plastic Surgery, USA Authors: LeBlanc E, Golinko MS, Hallett A, Flores RL

21. **Shunt Related Craniosynostosis.** Michael Golinko, Danielle Atwood, Eylem Ocal. 17th Annual International Meeting of Society for Craniofacial Surgery. October 2017, Cancun, Mexico

22. **Trends of Craniosynostosis Repair from the National Inpatient Sample (NIS) in the United States Between the Years of 1998 and 2016** – presented at the American Cleft Palate Craniofacial Association 2019 Meeting, Tucson, Arizona, April 12, 2019

23. **M*edical Student Feedback on a Novel Longitudinal Curriculum: Fundamentals of Suturing Skills (FOSS)*.** Speed OE, Gammill S, Golinko M, Phelan KD, Hartzell LD, Thrush CR, Bhavaraju A. **UAMS Centers for Simulation Research Day, Nov 2, 2021. Little Rock, AR.**

**SELECTED POSTERS**

1. Georgia Dogs: Characteristics and morbidity of Dog Bite Injuries in 1,230 consecutive children. – presented at the 57th annual Southeastern Society of Plastic and Reconstructive Surgeons in Nassau, Bahamas, June 2014.

2. Operative Technique for Debridement of Severe Pressure Ulcers
   Michael S. Golinko, Jessica Schiffman, Eashwar Chandrasekaran, Anna Flattau, Robert Rennert, livera Stojadinovic, Stephan Barrientos, Marjana Tomic−Canic and Harold Brem. Presented at the 2008 World Union of Wound Healing Socities Meeting Toronto, CN

3. Adenovirus-mediated Local Release of GM-CSF Promotes Repair in Diabetic Mice
   Authors: Olivera Stojadinovic, Arber Kodra, Michael Golinko, Marjana Tomic-Canic, Harold Brem. Presented at the 2008 World Union of Wound Healing Socities Meeting Toronto, CN

4. Primary cultured fibroblasts derived from patients with chronic wounds: New cell lines available to the research community. Harold Brem, Michael S. Golinko, Olivera Stojadinovic, Arber Kodra, Robert F. Diegelmann, Sasa Vukelic, Hyacinth Entero, Donald Coppock and Marjana Tomic-Canic. . Presented at the 2008 World Union of Wound Healing Socities Meeting Toronto, CN

5. Glycemic control does not affect healing in older mice with diabetes. Andrew M. Hanflik; Marjana Tomic-Canic, PhD; Vincent M. Wang, PhD; Hyacinth Entero, BA ; John Fallon, MD, PhD; H. Paul Ehrlich, PhD; Michael Golinko, MD and Harold Brem, MD
   Presented at the 2007 Wound Healing Society Meeting in Tampa, Florida.

6. Hyperglycemia doesn't significantly impair tensile strength in wounds of diabetic mice.
   Entero Hyacinth, Marjana Tomic-Canic, Andrew M. Hanflik, Michael Golinko, Vincent M. Wang, John Fallon, H. Paul Ehrlich, and Harold Brem Presented at the 2007 Wound Healing Society Meeting in Tampa, Florida.

**SELECTED ABSTRACTS**

Pontell ME, Jackson K, Golinko M, Drolet B. **Influence of radiographic soft tissue findings on clinical entrapment in patients with orbital fractures.** The Cleft-Palate Craniofacial Journal. 2020, accepted for publication.

Pontell ME, Jackson K, Golinko M, Drolet B. **Influence of radiographic soft tissue findings on clinical entrapment in patients with orbital fractures.** Annals of Plastic Surgery. 2020, accepted for publication.

**Long-Term Outcomes & Treatment Strategies in Otocephaly-Dysgnathia Complex**. Podium for American Society of Plastic Surgeons, October 2015.

Michael S. Golinko, Pradip Shetye, Roberto Flores, David Staffenberg. **Long-Term Outcomes & Treatment Strategies in Otocephaly-Dysgnathia Complex** accepted at the ASPS annual meeting in Boston 2015.

Michael S. Golinko, David Harter, Scott Rickert, David Staffenberg, **CSF leaks for the craniofacial surgeon : a review and management algorithm**, accepted for podium presentation at the 16th Biennial Congress of the International Society of Craniofacial Surgery (ISCFS)

Michael S. Golinko, Etoile LeBlanc, Andrew Hallett, Roberto Flores, **Treacher Collins Syndrome: Clinical   outcomes of cleft palate repair** 16th Biennial Congress of the International Society of Craniofacial Surgery (ISCFS)

**Abstracts accepted and the 2007 Wound Healing Society/ Symposium on Advanced Wound Care and published In Wound Repair Regeneration 2007** *March-April 15.*

Stojadinovic, O, Brem, H, Vukelic S, Pastar I, Carucci J, Golinko M, Martinez L, Rennert R and Tomic-Canic, M **Deregulation of keratinocyte differentiation and activation pathways in chronic wound**s.

Pastar I, Stojadinovic O, Vukelic S, Golinko M, Rosenberg H, Brem H, Tomic-Canic M. **Microarray analysis of calcium induced keratinocyte differentiation.**

Vukelic S, Stojadinovic O, Rabach M, Brem H, Pastar I, LaBruna A, Golinko M, Martinez L, Vouthounis G, and Tomic-Canic M, **Glucocorticoids de novo steroidogenesis in skin contributes to pathogenesis of chronic wounds.**

Stojadinovic, O.; Tomic-Canic, M; Golinko, M; Brem, H **GM-CSF stimulates migration of activated keratinocytes and fibroblasts from patients with chronic wounds**.

Kapil-Pair, N; Rennert R.; Golinko, M, Kaplan, D; Brem, H, **Preventing stage IV pressure ulcers utilizing a simultaneous treatment protocol**.

Tomic-Canic, M., Stojadinovic, O., Ehrlich,HP and Diegleman, R., Golinko, M., Coppock, D.L., Brem, H. **Development of fibroblast cell lines from patients with venous ulcers for the NIA cell repository**.

# GRANTS

| | |
|---|---|
| **2020** | **PI** VICTR VR# 54362 Diffusion Tensor Imaging (DTI) & Neuropsychological Outcomes in Pediatric Patients Diagnosed with Craniosynostosis $12K, ; expires 6/30/21 |
| **2018 - 2020** | **Co-PI** University of Arkansas for Medical Sciences Research Scholar Pilot Award "Neurodevelopmental Outcomes in Craniosynostosis Repair" $49,811 |
| **2017** | **PI** Medical Education Foundation for Arkansas Application (MEFAA) – peer reviewed external educational grant $11,222 until 12/15/2017 for use of a new Fundamentals of Suture Skills Module for the UAMS COM curriculum |
| **2007 - 2009** | **PI** National Institutes of Health (NIH) Loan Repayment Program Recipient. $70,000 over 2 years |
| **2006** | **PI** Columbia University College of Physicians & Surgeons, Department of Surgery, Startup Grant. $1500 |

**EXTRA-MURAL INVITED LECTURES ( intra-mural see educator portfolio)**

| | |
|---|---|
| 2021 | Invited Speaker: Children's Emergency Care Alliance Annual Conference: Time-Sensitive Pediatric Plastic Surgery: Dog bite injuries & Craniosynostosis |
| 2021 | Virtual Visiting Professor : Yale University Division of Plastic Surgery: Craniofacial Trauma 3/2021 |
| 2020 | Virtual Visiting Professor: UAMS Department of Otolaryngology – Craniofacial Trauma November 2020 |
| 2020 | Virtual Visiting Professor   Emory University, Division of Plastic Surgery : Craniofacial Trauma: 10/2020 & Craniofacial Distraction 11/2020 |
| 2020 | Virtual Visiting Professor  University of Witswatersand – Johannesburg -School of Oral Sciences Cleft & Craniofacial Multi-Disciplinary Care 10/2020; Craniosynostosis 10/2020, Craniofacial Distraction 10/2020; Craniofacial Trauma 12/2020 |
| 2019 | Invited Speaker: Cumberland Pediatric Foundation: Cleft & Craniofacial Plastic Surgery, 11/ 2019 |
| 2019 | 45th Annual High Risk OB Conference: Cool Springs: " Pre-natal to Prom cleft/craniofacial Care"  TN 11/ 2019 |
| 2019 | Invited Speaker: Nashville Speaks: Parent Q & A on cleft care: 2/ 2019 |
| 2015 | Invited Panelist : Co-chair Podium session on complex cmf distraction at the 16th International Society of Craniofacial Surgery Meeting Tokyo, Japan 9/2015 September 2015 |
| 2015 | Grand Rounds at University of Alabama Birmingham Division of Plastic Surgery- 3/ 2015 |
| 2015 | Grand Rounds at New York University Department of Plastic Surgery, April 2015 |

**ONGOING EDITORIAL APPOINTMENTS**

| | |
|---|---|
| **2021--** | Ad -hoc Reviewer: *Neurosurgical Review* |
| **2020--** | Ad-hoc Reviewer for *FACE* |
| **2017** | Ad- hoc Reviewer for *Pediatrics* |
| **2017** | Reviewer for *Canadian Journal of Emergency Medicine* |
| **2016** | Section Editor for Plastic Surgery C-Surgeries on-line video journal. www.csurgeries.com |

## LEADERSHIP

| | |
|---|---|
| **2020-** | Director Craniomaxillofacial Education Pod- Department Plastic Surgery |
| **2019-** | Director – Vanderbilt Adult and Pediatric Craniofacial Fellowship |
| **2019-** | Co-Director of Practical Skills Elective for Vanderbilt Medical Students |
| **2017** | Founding Clinical Director of the UAMS COM Suture Curriculum |
| **2017** | Co-Director of the Physician- Marketing Dyad for Archildrens.org Rebuild |
| **2016** | Graduate of the Inaugural class of the American Association for Physician Leadership Class at Atlanta Children's Hospital (ACH) |
| **2008** | Committee on Interns and Residents (CIR) – Surgery Department Representative |
| **2006 –** | The Barry Golinko Trust of the Jewish Communal Fund -- Managing Trustee |
| **2003** | Project World Health - President |
| **2001** | Project World Health - President and Mission Leader |

## AWARDS & RECOGNITIONS

| | |
|---|---|
| **2020** | The Department of Plastic Surgery 2020 Bruce Shack Faculty Teaching Award |
| **2019** | Vanderbilt Kennedy Center ( VKC) -elected member |
| **2019** | Operation Smile & American Society of Plastic Surgery Volunteer Scholar ( trip postponed from COVID) |
| **2018** | Fellow of the American College of Surgeons (FACS) |
| **2018** | University of Arkansas for Medical Sciences – Red Sash Award- awarded by the graduating medical students to faculty who have contributed most to their education. |
| **2017** | Fellow of the American Academy of Pediatrics (FAAP) specialty section in plastic surgery |
| **2012** | Operation Smile Regan Fellowship Recipient – 2-week all-expense paid internship in Guwhati, India |

## VUMC COMMITTEES & ENTERPRISE WIDE ENDEVAORS

| | |
|---|---|
| 2020-current | Standardized Photo App for Haiku ( joint with Health IT) |
| 2019- current | Peds Star Forum-member review updates to EPIC-VCH-wide |
| 2018- current | Department of Plastic Surgery Clinical Competency Committee for independent Program |
| 2018-current | Peri-op Procedural Committee -Vanderbilt Children's Hospital |

## NATIONAL COMMITTEES

| | |
|---|---|
| 2021- current | Craniosynostosis ICD-10 Revision Committee- ( joint with Boston Children's) |
| 2021-current | American Society of Craniofacial Surgery- Legends of Craniofacial Surgery Archive Committee |
| 2018   --current | American Academy of Pediatrics (AAP) – section member plastic surgery Council of Injury, Violence Poison Prevention - member |
| 2016—current | American Society of Maxillofacial Surgeons/ Plastic Surgery Foundation Combined Pilot Research Grant Committee |

## MEDIA APPEARANCES

KATV- ABC affiliate - Piece on dog bite injuries 11/6/2017

Canadian Broadcasting Company (CBC) - Featured in Documentary "Pit Bulls Unleashed: Should They Be Banned?" Aired 9/24/2017.  http://www.cbc.ca/fifth/episodes/2017-2018/pit-bulls-unleashed-should-they-be-banned

KATV- ABC Affiliate Morning News piece on "Dangers of Dog Bites" Air date 1/9/2017, Little Rock, AR

THV-11 CBS Affiliate Morning News piece on "Dangers of Dog Bites" Air date 1/2/2017, Little Rock, AR

Doctor Radio Broadcast at NYU Langone Medical Center - "Plastic Surgery of the Face" featuring Drs. Joseph G. McCarthy & Dr. Roberto Flores, May 5, 2015

## MEDIA PRESENTATIONS   AND LAY PRESS ARTICLES

Probing the Development impact of Craniosynostosis . Discover Magazine https://discover.vumc.org/2021/02/probing-the-developmental-impact-of-craniosynostosis/ 2/11/21

FaceTime. Hope Magazine. Summer/ Fall 2020 https://hope.childrenshospitalvanderbilt.org/face-time/ 9/17/2020

"Implementing the Pedsql As a Standard-of-Care Quality of Life Measure in a Craniofacial Clinic: Methodology and Preliminary Results" – Abstract Presentation for American Society of Plastic Surgeons: Plastic Surgery The Meeting. Michael S. Golinko and Matthew Pontell. October 2020.

"Post traumatic deformities of the face and skull"- Teaching Module for American Society of Craniofacial Surgery. Michael S. Golinko & Eduardo D. Rodriguez. February 2015.

**Videos Presented at the 2009 American College of Surgeons Clinical Congress and part of ACS Permanent library.**

Surgical Technique of Debridement for New Stage IV Pressure Ulcers, Plastic Surgery Video Session

Surgical Deep Tissue Debridement of Pressure Ulcers: Techniques of Wound and Bone Excision in the Presence of Osteomyelitis.

Surgical Debridement of a Diabetic Foot Ulcer with Osteomyelitis: Cellular Basis of Healing

Surgical Technique Correlating and Molecular Basis of Complicated Non-healing Venous Ulcers


**PROFESSIONAL SOCIETIES**

| | |
|---|---|
| **2021-present** | Americal Council of Academic Plastic Surgeons ( ACAPS) by peer-election |
| **2020-present** | AO CMF |
| **2019- present** | American Society of Craniofacial Surgeons (ASCFS) |
| **2016 - present** | American Academy of Pediatrics (AAP) |
| **2016 - present** | American Society of Plastic Surgeons (ASPS) |
| **2016 - present** | Southeastern Society of Plastic Surgeons (SESPRS) |
| **2013 - present** | American Cleft Palate-Craniofacial Assosciation (ACPA) |
| **2006 - present** | American College of Surgeons |


**RESEARCH POSITIONS**

| | |
|---|---|
| **April - July 2008** | **New York University School of Medicine**<br>Department of Surgery, Division of Wound Healing and Regenerative Medicine<br>Post- Doctoral Research Fellow<br>Principal Investigator: Dr. Harold Brem |
| **2006 - March 2008** | **Columbia University College of Physicians & Surgeons**<br>Department of Surgery, The Wound Healing Program<br>Post-Doctoral Research Fellow<br>Principal Investigator: Dr. Harold Brem |
| **1998 - 1999** | **Massachusetts General Hospital- Neurovascular Laboratory**<br>Research assistant & ultrasound technologist,<br>Principal Investigator: Dr. Robert Ackerman |
| **1997 - 1998** | **Massachusetts Institute of Technology Laser Biomedical Research Center & Brigham & Women's Hospital** |
| | Senior thesis: *Light Induced Fluorescence: A biochemical model of tissue spectroscopy for diagnosing cancer in-vivo.*<br> Principal Investigator: Dr. Michael Feld |

## VOLUNTEER & HUMANITARIAN EXPERIENCE

**2020**      **Operation Smile Credential Volunteer**

**2014**      **Operation Smile- Regan Fellow**
2-week intensive surgical trip in Guwahti, India (at a dedicated cleft hospital)

**2012**      **Emory - Healing the Children**
Combined trip with plastic surgery and OMFS for primarily repairing primary and secondary clefts - Managua, Nicaragua.
Lead Attending: Steve Roser MD, DMD

**2012**      **Emory MedShare Haiti**
Initial site visit for developing sustainable plastic surgical services to people of the central plateau - Hinche, Haiti

**2011**      **Piriya Navin Child Development Center for Under-Privileged Children-** Taught English classes to elementary school children - Ayuthaya, Thailand

**2010**      **Upendo Orphanage- volunteered** in caring for orphans in their activities of daily living - Moshi, Tanzania

**2007**      **SmileTrain/Interplast Incubator Site**
Surgical camp in rural Nepal operating on cleft lip & palate, burn reconstruction in children and teenagers - Katmandu, Nepal
Attending: Dr. Shankar Rai

**2006**      **Medical Mission Ecuador**
Volunteered taking photos, translating, scrubbing in for 1 week in pediatric reconstructive surgery mission - Ambato, Ecuador
President: Dr. Henry Vasconez

**2005**      **CAIF: The Cleft Lip and Palate Assistant Center**
Observed reconstructive plastic surgery in OR & clinics for one week - Curitiba, Brazil

**2004**      **Child Abuse Council Community Childcare Center**
Volunteer assisting full-time staff in teaching & recreation; January – May - Tampa, Florida

**2001-2003**      **Project World Health**
Medical student run volunteer trip during spring break. Primary care in rural areas
University of South Florida College of Medicine - Tampa, Florida.

**2000**      **San Juan de Dios Hospital**
One-month surgical externship. Home-stay with local family - Quetzaltenango, Guatemala

**1995-1997**      **Big Brother Association of Greater Boston**
Cambridge, Massachusetts

**1996**      **Livnot U' Lehibanot**
A summer volunteer & study program in Israel. Tzfat, Israel.

## SELECTED CONFERENCES & COURSES

**2019**            **International Society of Craniofacial Surgery, 18th International Congress**
                    Paris, France

**2015**            **AO State of the Art- Facial Reconstruction and Transplantation, New York, NY**

**2014**            **Craniofacial Surgery and Transfacial Approaches to the Skull Base, Saint Louis, MO**

**2014**            **Craniofacial Boot Camp, Phoenix, Arizona**

**2014**            **Duke University Breast Perforator Cadaver Course**
                    Durham, NC

**2011**            **AO Principles of Operative Treatment of Craniomaxillofacial Trauma & Reconstruction**
                    Portland Oregon**.**

**2004**            **Universidad de Buenos Aires.**
                    Completed one-month course in Spanish, passed level 4 U.B.A exam
                    Buenos Aires, Argentina


## MISCELLANEOUS WORK EXPERIENCE

**2006- 2007**      **General Surgery News**
                    Regular on-line columnist in *The Surgical Post* - www.generalsurgerynews.com

**1996-1997**       **MIT Department of Physics**
                    Teaching assistant for Mechanics and Electricity & Magnetism recitations
                    Cambridge, Massachusetts


## INTERESTS

Languages Spoken:   English, Spanish, Dutch, Korean
Travel:             Has visited 69 countries since 1996
Family:             Married, 2 children , one Golden Retriever
Hobbies:            Hiking, photography, kayaking, BBQ, Djembe, Shaolin Kung Fu (brown-belt level)