# Joshua Fisher, DHA, MS, CAWA

1728 Logie Ave  
Charlotte, NC 28205  
704.591.1751  
jfisher@cmpd.org

**Academics:**

North Carolina State University 2007-2011
- Major: Poultry Science (Population Medicine)
- Minor: Business Administration

Saint Joseph's University 2012-2015
- Master of Healthcare Administration
- Informatics

Walden University 2015-2020
- Doctor of Healthcare Administration
- Dissertation: Comparison of Diagnosis and Hospital Referral Rates Between Physician and Non-Physician Practitioners

**Previous Work Experience:**

Charlotte-Mecklenburg Police Department: Animal Care & Control Division
- Animal Services Director 2015-Present
  - Oversee all animal welfare procedures for the department including but not limited to animal cruelty and rabies exposure investigations, animal husbandry, client relations, volunteer programing, offsite event, marketing, etc. I am responsible for a 6.9-million-dollar annual budget and a staff of over 82 employees ranging from kennel attendants and client service representatives to enforcement supervisors and veterinarians.

Orange County Animal Services
- Veterinary Health Care Manager 2013-2015
  - Oversee all veterinary health care procedures for the department including but not limited to onsite spay/neuter, euthanasia, medical care, cruelty examinations, etc. I am also responsible for acting as the public face of the shelter through community outreach, Facebook site management, and news appearances. I oversee the ordering for the shelter and manage a 1.6 million dollar budget each fiscal year.

North Carolina State University- College of Veterinary Medicine
- Hospital Administration/Business Office 2012- 2014
  - Coordinate patient consultations and referrals and triage cases to the appropriate service based on medical status of the patient. Provide financial estimate ranges to RDVMs based upon diagnostics and treatment options recommended. Audit discharged medical records from each department to identify any missed or incorrect charges. Verify controlled drugs dispensed by clinician orders only. Resolve any billing discrepancies with individual departments and add charges to accounts.
- Large Animal Veterinary Technician Sept. 2011- August 2012
  - Responsible for hourly treatments on patients in the barn, triaging emergency patients, receiving drop offs, etc.

North Carolina State University- Poultry Science
- Undergraduate Research Assistant 2010- 2011
  - Responsible for basic lab processes such as running PCRs, keeping research logs, necropsies, tissue sample collection, embryonic injections, Western Blots, etc.

VCA Apex/ Broad Street Animal Hospital
    Office Manager/ Technical Supervisor 2009- 2011
        Managing customer service and technical staff, medical supply ordering, AP and AR, collections processing, budget management, and HR.  I also act as a technician when necessary.

East Carolina Veterinary Service
    Small and Large Animal Technician 2003-2009
        Acting as the doctor's right hand including: restraint, triage, cursory examination, IV catheter placement, phlebotomy, laboratory testing, surgical prep and monitoring, etc.
    Shackleford Banks Rescue Team Member

**Certifications:**

Certified Animal Welfare Administrator- 2021
Southern Utah University/Best Friends Animal Society- Certification in Animal Services Executive Leadership- 2020

**Board Membership:**

**North Carolina Animal Federation**
    Board Member 2018-2020
    Board Chair 2020-Present
**National Animal Care & Control Association**
    Board Member 2019-2020
    Board President 2020-Present
**North Carolina Public Health Association- Academic & Practice Based Research**
    Board Treasurer & Secretary 2021-Present