# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brandy Suckley, Reannan Suckley, Jyl Albertson, Lynette Cole-Perea, Manuel Perea, and Emily Holly, | ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:21-cv-012 |
| The City of Williston, North Dakota, | ) ) ) | |
| Defendant. | ) | |

On November 2, 2023, the Court the lifted the stay that it had previously imposed on January 18, 2023. (Doc. No. 114). The undersigned shall hold a status conference with the parties by telephone on November 17, 2023, at 9:00 AM to order to take stock of where matters presently stand and to chart a course going forward. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2023.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court