## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brandy Suckley, Reannan Suckley, Jyl Albertson, Lynette Cole-Perea, Manuel Perea, and Emily Holly, | ) ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 1:21-cv-012 |
| The City of Williston, North Dakota, | ) ) ) | |
| Defendant. | ) | |

The court held a status conference with the parties on March 8, 2024. During the conference the parties advised that they are working to resolve this matter. The court shall schedule another status conference with the parties on April 8, 2024, at 3:00 PM by telephone. To participate in the conference, the parties should call (877) 810-9415 and enter access code 899251. In the interim, if the parties are able to resolve this matter, they should so advise the court.

**IT IS SO ORDERED.**

Dated this 8th day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court